UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JIMMY HINDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-CV-155-DCLC-CHS |
| | ) |
| JOHN DOE, ANGELA OWENS, | ) |
| FEDERAL BUREAU OF PRISONS, KEN | ) |
| HYDE, AND F.C.1. PRISON IN | ) |
| MEMPHIS, TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of this order and the accompanying memorandum opinion to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy; and

5. The Clerk also is **DIRECTED** to transfer this action to the Western Division of the Western District of Tennessee, and to close this Court's file.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

s/LeAnna Wilson
CLERK OF COURT